UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

REDACTED

NO. 4:12-CR-8-3BO(3)

REDACTED

FILED
FEB - 3 2012
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) O R D E R |
| | ) (Local Criminal Rule 50.5) |
| REDACTED | ) |
| | ) |
| MARTIN ROJAS | ) |
| | ) |
| REDACTED | ) |

This matter comes before the Court upon the motion of the United States for the reassignment of the above-captioned case from Judge Terrence W. Boyle to Chief Judge James C. Dever, III, and for good cause shown, it is hereby ORDERED that said case shall be reassigned to Chief Judge James C. Dever, III.

It is further ordered that the Government be allowed to serve a copy of the motion upon Martin Rojas with the names of the

other defendants redacted. It is further ordered that the Clerk's Office serve Martin Rojas with a copy of the Motion and Order with the names of the other defendants redacted.

IT IS SO ORDERED.

This the 3 day of February, 2012.

*[signature: Terrence Boyle]*
TERRENCE W. BOYLE
United States District Judge